### Exhibit A to the Complaint

**Location:** Livermore, CA  **IP Address:** 67.188.11.229
**Total Works Infringed:** 24  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 94960799EB770D57CE02604A993B6E15E34F670A | 06/05/2025 06:12:52 | Milfy | 06/04/2025 | 06/09/2025 | PA0002534199 |
| 2 | 6717244e6dfa5ca7c03654b7b2be1be4db782406 | 07/16/2025 03:27:00 | Milfy | 07/09/2025 | 07/22/2025 | PA0002541637 |
| 3 | b29bf2d44b15d07f3891a851431ee6f7f3b8451e | 07/09/2025 03:55:06 | Blacked | 07/02/2025 | 07/08/2025 | PA0002539156 |
| 4 | 5AF3638107CEBC3EE33EA2183AFDCACBFD5F5C94 | 05/15/2025 04:31:52 | Milfy | 05/14/2025 | 05/21/2025 | PA0002531929 |
| 5 | 2c2d926c8dc970978e4c2073c67c3240e41891d8 | 05/14/2025 03:45:05 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 6 | 5eba29ba98b9b3f619e2e3bea7cca0c32a04ff9a | 05/13/2025 04:35:30 | Blacked | 04/28/2024 | 05/08/2024 | PA0002469848 |
| 7 | 5CB9AE4EED62FFA3D982F4827667A875D73AAF72 | 05/13/2025 04:34:44 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 8 | 45252ac64f20950cc8d57205bd09649aab24d995 | 05/13/2025 03:47:50 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 9 | 3350ad6ed2ecd3f20ca9bfab853a3ced164589b0 | 05/11/2025 06:28:21 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 10 | 47C5663531EF1CD2F3572E655B9FBBB1800F5C3F | 05/11/2025 05:57:29 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 11 | 3930BE0F4843689193BC84F26001FF8A97FC2AF8 | 05/07/2025 04:02:39 | Blacked | 03/09/2025 | 03/25/2025 | PA0002521745 |
| 12 | 8F2DA95E6D53EDB6BE7BA538BBFDC8D7ACC86A7E | 04/28/2025 17:39:29 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 13 | 6C08B5B4CF6274B7218A62F04B62F8596FA667E9 | 04/24/2025 02:35:45 | Milfy | 04/23/2025 | 05/21/2025 | PA0002531892 |
| 14 | 8EA76079BEF9B1E7B0EFA5E1312748E1FE9B0E79 | 04/19/2025 23:33:11 | Blacked Raw | 10/21/2024 | 11/18/2024 | PA0002500997 |
| 15 | 72ad93ead3576a2bd2a7691f878bc0ef0c4511a0 | 03/20/2025 03:39:54 | Milfy | 03/19/2025 | 03/28/2025 | PA0002522499 |
| 16 | BAB188F233BE49950E7DF1E6D1C1865952367A88 | 03/13/2025 20:36:10 | Milfy | 03/12/2025 | 03/28/2025 | PA0002522513 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 29A8F5574E95B70E6013548D83E7CC2B05C574C5 | 03/10/2025 19:40:59 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 18 | 7E4FC74E0FD6AFB670B07F4F2D99EC1C070B7A42 | 03/10/2025 04:09:57 | Milfy | 03/05/2025 | 03/28/2025 | PA0002522501 |
| 19 | DC9DE2FF80088D78482913CC03C6548CD5D8DDFA | 03/03/2025 04:47:30 | Milfy | 12/13/2023 | 01/16/2024 | PA0002453493 |
| 20 | 7b6cee63cf3f15e466e85fd83cdcdc0982be6d41 | 02/22/2025 07:26:27 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 21 | A7B41A4BD3B55E9B113F2CEA5A4BDCA1586E87D0 | 02/18/2025 04:28:31 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |
| 22 | 0890b486854f6b99864cb4a58ef430f33eb8f491 | 02/18/2025 04:13:52 | Tushy | 03/13/2022 | 03/29/2022 | PA0002342866 |
| 23 | 212c104f8d9467269afd4bb54f5a6882f3322be2 | 02/17/2025 06:34:02 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 24 | 1908BDD6CC4531281E1755D49FECD27A6B7B57AF | 02/17/2025 06:24:28 | Milfy | 02/12/2025 | 02/18/2025 | PA0002516144 |